IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ANDRE L. WILLIAMS,<br><br>  Defendant. | No. CR 07-0559-JAJ<br><br>**VERDICT FORM**<br>**ANDRE L. WILLIAMS** |

**COUNT 1 - Conspiracy to Manufacture, Distribute, or Possess with Intent to Distribute Crack Cocaine; Conspiracy to Open and Maintain a Place for the Purpose of Manufacturing, Distributing, and Using Crack Cocaine**

With regard to the crime of Conspiracy to Manufacture, Distribute, or Possess with Intent to Distribute Crack Cocaine, and Conspiracy to Open and Maintain a Place for the Purpose of Manufacturing, Distributing and Using Crack Cocaine, as charged in Count 1 of the Indictment, we, the jury, find the defendant, Andre L. Williams:

  \_\_\_\_ NOT GUILTY      _X_ GUILTY

**NOTE:** If you found the defendant "guilty" of the crime charged in Count 1 of the Indictment, you *must* answer the following interrogatories.

Interrogatory #1:  We, the jury, unanimously find that the defendant conspired to:
        (Check one, two, three, or all, as appropriate.)

  _X_  Manufacture Crack Cocaine

  _X_  Distribute Crack Cocaine

  _X_  Possess with Intent to Distribute Crack Cocaine

  _X_  Open and Maintain a Place for the Purpose of Manufacturing, Distributing, or Using Crack Cocaine

Interrogatory #2: (Answer this interrogatory only if you found the defendant "guilty" of conspiring to manufacture, distribute, or possess with intent to distribute crack cocaine in Interrogatory #1.) We, the jury, find beyond a reasonable doubt, that the amount of crack cocaine that the defendant is responsible for, as explained in Instruction No. 9, is:

__X__   50 grams or more

_____   5 grams or more, but less than 50 grams

_____   Less than 5 grams

### COUNT 3 - Opening & Maintaining a Crack House

With regard to the crime of Opening and Maintaining a Crack House at 206 East 12th Street in Davenport, Iowa, as charged in Count 3 of the Indictment, we, the jury, find the defendant, Andre L. Williams:

_____ NOT GUILTY        __X__ GUILTY

### COUNT 4 - Opening & Maintaining a Crack House

With regard to the crime of Opening and Maintaining a Crack House at 809 Perry Street in Davenport, Iowa, as charged in Count 4 of the Indictment, we, the jury, find the defendant, Andre L. Williams:

_____ NOT GUILTY        __X__ GUILTY

### COUNT 7 - Distribution of Crack Cocaine

With regard to the crime of Distribution of Crack Cocaine, as charged in Count 7 of the Indictment, we, the jury, find the defendant, Andre L. Williams:

_____ NOT GUILTY        __X__ GUILTY

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIE CURRY, JR.,

    Defendant.

No. CR 07-0559-JAJ

**VERDICT FORM
WILLIE CURRY, JR.**

### COUNT 1 - Conspiracy to Manufacture, Distribute, or Possess with Intent to Distribute Crack Cocaine

With regard to the crime of Conspiracy to Manufacture, Distribute, or Possess with Intent to Distribute Crack Cocaine, as charged in Count 1 of the Indictment, we, the jury, find the defendant, Willie Curry, Jr.:

_____ NOT GUILTY      __X__ GUILTY

**NOTE:** If you found the defendant "guilty" of the crime charged in Count 1 of the Indictment, you *must* answer the following interrogatories.

Interrogatory #1:      We, the jury, unanimously find that the defendant conspired to: (Check one, two, three, or all, as appropriate.)

_____      Manufacture Crack Cocaine

__X__      Distribute Crack Cocaine

__X__      Possess with Intent to Distribute Crack Cocaine

<u>Interrogatory #2</u>: (Answer this interrogatory only if you found the defendant "guilty" of conspiring to manufacture, distribute, or possess with intent to distribute crack cocaine in Interrogatory #1.) We, the jury, find beyond a reasonable doubt, that the amount of crack cocaine that the defendant is responsible for, as explained in Instruction No. 9, is:

\_\_\_\_\_    50 grams or more

__X__    5 grams or more, but less than 50 grams

\_\_\_\_\_    Less than 5 grams

### COUNT 5 - Distribution of Crack Cocaine

With regard to the crime of Distribution of Crack Cocaine, as charged in Count 5 of the Indictment, we, the jury, find the defendant, Willie Curry, Jr.:

\_\_\_\_\_ NOT GUILTY          __X__ GUILTY

### COUNT 6 - Distribution of Crack Cocaine

With regard to the crime of Distribution of Crack Cocaine, as charged in Count 6 of the Indictment, we, the jury, find the defendant, Willie Curry, Jr.:

\_\_\_\_\_ NOT GUILTY          __X__ GUILTY

**NOTE:** If you found the defendant, Willie Curry, Jr., "guilty" of the crime charged in Count 6 of the Indictment, you *must* answer the following interrogatory.

<u>Interrogatory #1</u>:   We, the jury, find beyond a reasonable doubt, that the amount of crack cocaine that the defendant distributed was:

__X__    5 grams or more

\_\_\_\_\_    Less than 5 grams

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY B. WILDER,<br><br>Defendant. | No. CR 07-0559-JAJ<br><br>**VERDICT FORM**<br>**TIMOTHY B. WILDER** |

**COUNT 1 - Conspiracy to Manufacture, Distribute, or Possess with Intent to Distribute Crack Cocaine; Conspiracy to Open and Maintain a Place for the Purpose of Manufacturing, Distributing, and Using Crack Cocaine**

With regard to the crime of Conspiracy to Manufacture, Distribute, or Possess with Intent to Distribute Crack Cocaine, and Conspiracy to Open and Maintain a Place for the Purpose of Manufacturing, Distributing and Using Crack Cocaine, as charged in Count 1 of the Indictment, we, the jury, find the defendant, Timothy B. Wilder:

_____ NOT GUILTY          __X__ GUILTY

**NOTE:** If you found the defendant "guilty" of the crime charged in Count 1 of the Indictment, you *must* answer the following interrogatories.

Interrogatory #1:   We, the jury, unanimously find that the defendant conspired to:
                    (Check one, two, or all, as appropriate.)

_____   Manufacture Crack Cocaine

__X__    Distribute Crack Cocaine

__X__    Possess with Intent to Distribute Crack Cocaine

__X__    Open and Maintain a Place for the Purpose of Manufacturing, Distributing, or Using Crack Cocaine

5

Interrogatory #2: (Answer this interrogatory only if you found the defendant "guilty" of conspiring to manufacture, distribute, or possess with intent to distribute crack cocaine in Interrogatory #1.) We, the jury, find beyond a reasonable doubt, that the amount of crack cocaine that the defendant is responsible for, as explained in Instruction No. 9, is:

__X__   50 grams or more

_____   5 grams or more, but less than 50 grams

_____   Less than 5 grams

### COUNT 3 - Opening & Maintaining a Crack House

With regard to the crime of Opening and Maintaining a Crack House at 206 East 12th Street in Davenport, Iowa, as charged in Count 3 of the Indictment, we, the jury, find the defendant, Timothy B. Wilder:

_____ NOT GUILTY          __X__ GUILTY

### COUNT 9 - Distribution of Crack Cocaine

With regard to the crime of Distribution of Crack Cocaine, as charged in Count 9 of the Indictment, we, the jury, find the defendant, Timothy B. Wilder:

_____ NOT GUILTY          __X__ GUILTY

### COUNT 10 - Distribution of Crack Cocaine

With regard to the crime of Distribution of Crack Cocaine, as charged in Count 10 of the Indictment, we, the jury, find the defendant, Timothy B. Wilder

_____ NOT GUILTY          __X__ GUILTY

6

We, the jury, unanimously agree to all of the verdicts above.

Date: 2/22/08

_____
Foreperson

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

7