# Southern District of Iowa
## Exhibits Receipt Pursuant to Local Rules

### Receipt for Exhibits

Date:

Case Number:

Case Name:

1) In accordance with LR 57.3(g) criminal exhibits or 83.6(g) civil exhibits have been withdrawn by the undersigned.

_____              Plaintiff \_\_\_\_\_    Defendant \_\_\_\_   Govt.\_\_\_\_\_
Counsel

Date:_____

2) As counsel for the below checked party, I give the Clerk's Office permission to destroy the exhibits.

_____              Plaintiff \_\_\_\_   Defendant \_\_\_\_   Govt.\_\_\_\_\_
Counsel

Date:_____

Fax number: 563-884-7615
Address: U.S. District Court
        131 E. 4th Street
        Davenport, IA 52801