DEFENDANT
ANDRE' L. WILLIAMS
NO: 3:07-Cr-0559-02 JAJ

RECEIVED
JUL 25 2016
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## LETTER FOR RECONSIDERATION

Dear, Honorable Judge: John A. Jarvey I'm writing you this letter pursuant to the denial of the November 1, 2010 amendment to the guidelines relating to Crack cocaine 18 U.S.C. § 3582(c)(2)

After hearing trial testimony and Sentencing testimony the Court assigned a base level of 36 to the defendant representing 1.5 to 4.5 Kilos of Crack Cocaine. Following the November 1, 2010 amendment to the Sentencing guideline regarding Crack Cocaine, Level 36 is now associated with a drug quantity between 2.8 and 8.4 Kilos of Crack Cocaine.

You never gave me a specific amount, only a range so I'm confused how a range of 1.5 to 4.5 not benefit me.

By finding me responsible for a drug range between 1.5 to 4.5 Kilos of Crack Cocaine, I should be allowed to benefit from the Change in law. The threshold of level 34 starts at 1.5 and clearly that's where the Court started (see pg. 29 Sentencing trans.).

In considering a reduction to a defendants term of imprisonment under 18 U.S.C.S. § 3582(c)(2) the district court must determine the guideline range as if the relevant amendment has been in place at the time of the Original Sentencing and it may consider only the retroactive amendment in determining the amended guideline range U.S. Sentencing guideline manual § 1B1.10 (b)(1) 2008.

Wherefore, I pray that you would permit a downward adjustment to my Sentencing pursuant to the new, fair Sentencing Scheme currently adopted by Congress.

Respectfully Submitted,

7-20-2016    Andre Williams

MR. ANDRE L. WILLIAMS SR.
I.D. # 11064-098
Federal Prison Camp
P.O. Box 019001
Atwater CA, 95301

22 JUL 2016 PM 1 L

⇔11064-030⇔
United States District Ct
Southern District Of Iowa
134 East 4th Street
U. S. Courthouse
Davenport, IA 52801
United States

52801-151699