IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDRE L. WILLIAMS,<br><br>Defendant. | No. 3:07-cr-0559-02-JAJ<br><br><br><br>**ORDER** |

This matter comes before the court pursuant to the defendant's July 25, 2016 Motion for Reconsideration of this court's order dated September 6, 2012. [Dkt. 556] That order had to do with an earlier reduction to the sentencing guidelines related to crack cocaine.

On December 22, 2014, the court reduced the defendant's sentence from 293 months incarceration to 235 months incarceration. That order brought the defendant's sentence in line with all amendments to the sentencing guidelines to date.

Upon the foregoing,

**IT IS ORDERED** that the defendant's July 25, 2016 Motion for Reconsideration is denied.

**DATED** this 9th day of August, 2016.

JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA